**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY DARTHARD,** | | |
| **Plaintiff,** | : | **Case No. 2:26-cv-958** |
| **v.** | | **Chief Judge Sarah D. Morrison** |
| **GREATER COLUMBUS CONVENTION CENTER,** | | **Magistrate Judge Chelsey M. Vascura** |
| **Defendant.** | : | |

**ORDER**

This matter is before the Court on the Order and Report and Recommendation ("OR&R") issued by the Magistrate Judge on October 13, 2026. (OR&R, ECF No. 3.) Therein, the Magistrate Judge grants Plaintiff's request to proceed *in forma pauperis* but recommends that the Court dismiss this action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. (*Id.*)

Plaintiff was advised of his right to file objections to the OR&R and of the consequences of failing to do so. (OR&R, PAGEID ## 21–22.) The time for filing objections has passed, and no objections have been filed.

Thus, for the reasons set forth therein, the Court **ADOPTS and AFFIRMS** the OR&R (ECF No. 3). This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**